

# NUMBER 13-18-00614-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ELOY HERACLIO ALCALA,** <span style="float:right">**Appellant,**</span>

**v.**

**THE STATE OF TEXAS,** <span style="float:right">**Appellee.**</span>

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Order Per Curiam**

This cause is currently before the Court on appellant's sixth motion for extension of time to file the brief. The reporter's record was filed on May 6, 2019, and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). Appellant's fourth motion for extension was granted by order and admonished counsel

the Court looked with disfavor on the delay caused by counsel's failure to timely file a brief in this matter, and Appellant was notified no further extensions would be granted absent exigent circumstances. Finally, this Court issued an order instructing the Honorable Victoria Guerra, counsel for appellant, file the appellate brief with this Court on or before 5:00 p.m. on March 30, 2020 or appear and show cause for the failure.

Despite the admonishment and order to show cause, to date, counsel has failed to comply with this Court's order. The Court, having fully examined and considered the extensions previously granted in this cause, this Court's order of March 10, 2020 and appellant's sixth motion for extension of time to file brief, is of the opinion that appellant's motion for extension of time to file brief should be granted with order BY ONE WEEK ONLY.

IT IS THEREFORE ORDERED that the Honorable Victoria Guerra, counsel for appellant, file the appellate brief with this Court on or before 5:00 p.m. on April 6, 2020. The Court further ORDERS appellant to cite the actual page numbers on each page of the record wherever a discrepancy exists between the Clerk's Index and the page number on the record itself. If the Honorable Victoria Guerra fails to file the appellate brief with this Court on or before 5:00 p.m. on April 6, 2020, then the Honorable Victoria Guerra is ORDERED to make arrangements, with the Clerk of the Court, to appear via telephone on April 7, 2020 at 9:00 a.m., to show cause why she should not be held in contempt of court. **The Honorable Victoria Guerra is admonished, absent further exigent circumstances, this Court may find counsel in contempt for failing to follow its orders.**

2

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of March, 2020.